THE BERG LAW GROUP
IRVING L. BERG (SBN 36273)
433 Town Center, PMB 943
Corte Madera, CA 94925
(415) 924-0742
(415) 891-8208 (Fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROL GUEVARRA, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

MERCHANT'S CREDIT GUIDE,

                Defendant.

_____/

Case No.:  C 05-5254 VRW

**NOTICE OF DISMISSAL WITH PREJUDICE**

IT IS SO ORDERED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT   NORTHERN DISTRICT OF CALIFORNIA

**Date: March 24, 2006**

TO: THE CLERK OF THE COURT

      PLEASE TAKE NOTICE that the Plaintiff hereby dismisses this case, with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.  No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.  Further,  Defendant has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order.

DATED:  ____3-21-06_____          By:___/s/_____
                                          IRVING L. BERG
                                          Attorney for Plaintiff